



# MEMORANDUM OPINION

No. 04-11-00621-CV

Roberto **LAUREL**, as Independent Executor of the Estate of Sergio L. Laurel, Deceased,
Appellant

v.

Judy P. **GARZA**, Individually and as Administratix of the Estate of Eloisa G. Laurel, Deceased,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2009CVQ000791C3
Honorable Jesus Garza, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Phylis J. Speedlin, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  June 6, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal with prejudice in accordance with the parties' settlement agreement. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM